DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COREY SIMPSON** and **CANAL STRUCTURED CONSULTANTS, LLC,**
Appellants,

v.

**DRB CAPITAL, LLC,** and **PATRICIA NIXX,**
Appellees.

No. 4D2022-2380

[November 16, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Hon. Paige Hardy Gillman, Judge; L.T. Case No. 502018CA013946.

Thomas Lee Hunker of Hunker Appeals, Fort Lauderdale, for appellants.

Alan B. Rose and Gregory S. Weiss, of Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A., West Palm Beach, for appellee DRB Capital, LLC.

Jeremy E. Slusher and Jonathan S. Glickman of Slusher & Rosenblum, P.A., West Palm Beach, for appellee Patricia Nixx.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***